STATE OF MAINE

CUMBERLAND, ss.

SUPERIOR COURT
CRIMINAL ACTION
Docket No. CR-07-~~1194~~
WSB- 11/29/2007704

STATE OF MAINE,

v.

JAMES R. HOUGHTON,

Defendant.

DECISION

DONALD L. GARBRECHT
LAW LIBRARY

JAN 1 5 2008

## FINDINGS

1. On June 6, 2007 at 9 p.m. in Cumberland on Route 88, Officer Richard Brewer saw a car about to turn off Route 88 onto Russell Road.

2. Officer Brewer could see the green 07 sticker on the car's license plate and thought he saw a white March sticker, indicating an expired registration.

3. Officer Brewer called in the information and confirmed that the registration had expired in March.

4. Officer Brewer activated his blue lights and followed the car down Russell Road for one-fourth of a mile. The car did not respond to the blue lights.

5. Officer Brewer observed the car weaving from side to side as it traveled down Russell Road.

6. The car stopped in a driveway just off Russell Road.

7. Officer Brewer approached the car and knocked on the window.

8. The operator, James Houghton, appeared unable to find the window switch so Officer Brewer opened the car door and asked Mr. Houghton to shut off the motor.

9. Mr. Houghton smelled of alcohol, his eyes were watery and he appeared disheveled.

10. Officer Brewer asked Mr. Houghton to come to the roadway for sobriety tests. Mr. Houghton did so but in an unstable manner.

11. When asked how much he had been drinking, Mr. Houghton said too much.

12. Officer Brewer asked Mr. Houghton to recite the alphabet in its entirety. Mr. Houghton, in slurred speech, recited from A to X.

13. Mr. Houghton then flunked the heel to toe test and the finger to nose test.

14. Officer Brewer arrested Mr. Houghton for operating under the influence.

15. Mr. Houghton testified and told a story that differs in some important aspects. But he admitted to drinking a bottle and half of wine and for that reason his testimony cannot be assigned much weight.

## DISCUSSION

Officer Brewer's observation of the expired registration, when confirmed, gave him reasonable articulable suspicion to stop Mr. Houghton. The erratic driving plus Officer Brewer's physical observations of Mr. Houghton gave Officer Brewer ample justification to arrest Mr. Houghton for driving while impaired.

The clerk will make the following entry on the docket by reference:

Defendant James Houghton's motion to suppress is denied in all respects.

DATED:     November _19_, 2007

_U. S. Brodrick_
William S. Brodrick
Active-Retired Justice, Superior Court

2

STATE OF MAINE
  vs
JAMES R HOUGHTON
DOWN EAST MOTEL
YARMOUTH ME 04096

SUPERIOR COURT
CUMBERLAND, ss.
Docket No  PORSC-CR-2007-01794

**DOCKET RECORD**

DOB: 09/16/1941
Attorney: PETER CYR
          LAW OFFICE OF PETER J CYR
          85 BRACKETT STREET
          PORTLAND ME 04102
          RETAINED 06/29/2007

State's Attorney: STEPHANIE ANDERSON

Filing Document: CRIMINAL COMPLAINT
Filing Date: 06/11/2007

Major Case Type: MISDEMEANOR (CLASS D,E)

## Charge(s)

**1   OPERATING UNDER THE INFLUENCE          06/08/2007 CUMBERLAND**
**Seq 9878  29-A  2411(1-A)(A)        Class D**


**2   VIOLATING CONDITION OF RELEASE          06/08/2007 CUMBERLAND**
**Seq 9632  15    1092(1)(A)          Class E**


**3   VIOLATING CONDITION OF RELEASE          06/08/2007 CUMBERLAND**
**Seq 9632  15    1092(1)(A)          Class E**


## Docket Events:

07/03/2007 Charge(s): 1,2,3
           TRANSFER -  TRANSFER FOR JURY TRIAL EDI ON 07/03/2007 @ 18:01

           TRANSFERRED CASE: SENDING COURT CASEID PORDCCR200704685
           FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 06/11/2007

07/03/2007 Charge(s): 1,2,3
           HEARING -  ARRAIGNMENT SCHEDULED FOR 06/11/2007 @ 1:00 in Room No.  1

           NOTICE TO PARTIES/COUNSEL
           Charge(s): 1,2,3
           HEARING -  ARRAIGNMENT HELD ON 06/11/2007
           THOMAS E HUMPHREY , SUPERIOR COURT CHIEF JUSTICE
           DEFENDANT INFORMED OF CHARGES.  21 DAYS TO FILE MOTIONS
                                                      968

           Charge(s): 1,2,3,4
           PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 06/11/2007
           THOMAS E HUMPHREY , SUPERIOR COURT CHIEF JUSTICE
                             .

                                                      968
           TRIAL -  BENCH SCHEDULED FOR 08/14/2007 @ 10:30 in Room No.  1

           NOTICE TO PARTIES/COUNSEL

968

TRIAL -  BENCH NOT HELD ON 07/02/2007

BAIL BOND - $750.00 CASH BAIL BOND SET BY COURT ON 06/11/2007
THOMAS E HUMPHREY , SUPERIOR COURT CHIEF JUSTICE
750.00 CASH                                                    NO USE/POSS
ALCOHOL/DRUGS, RANDOM SEARCH AND TESTING
                                           968
BAIL BOND - $750.00 CASH BAIL BOND FILED ON 06/14/2007

BAIL BOND -  CASH BAIL BOND DISBURSEMENT ON 07/03/2007

Party(s):  JAMES R HOUGHTON
ATTORNEY -  RETAINED ENTERED ON 06/29/2007

Attorney:  PETER CYR
MOTION -  MOTION EXPERT WITNESS REPORT FILED BY DEFENDANT ON 06/29/2007

                                                                968

MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 06/29/2007

968
MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 06/29/2007

968
MOTION -  MOTION TO SUPPRESS STATEMENT FILED BY DEFENDANT ON 06/29/2007

968
Charge(s): 1,2,3,4
TRANSFER -  TRANSFER FOR JURY TRIAL REQUESTED ON 06/29/2007

968
Charge(s): 1,2,3
FINDING -  TRANSFER FOR JURY TRIAL TRANSFERRED ON 07/03/2007
DEBRA  SOUBBLE , ADMINISTRATIVE CLERK
PORSC
07/05/2007 BAIL BOND - $750.00 CASH BAIL BOND FILED ON 07/05/2007

Bail Receipt Type: CR
Bail Amt: $750
                              Receipt Type: CK
Date Bailed: 06/11/2007    Prvdr Name: MILDRED H HOUGHTON
                           Rtrn Name: MILDRED H HOUGHTON
THIRD PARTY. SEE CONDITIONS.
07/05/2007 Charge(s): 1,2,3
TRANSFER -  TRANSFER FOR JURY TRIAL RECVD BY COURT ON 07/05/2007
BETHANY  RODERIGUE , ASSISTANT CLERK-E
DOCKET ENTRIES RECEIVED FROM 9TH DISTRICT COURT (CR07-4685)
07/12/2007 BAIL BOND -  CASH BAIL BOND ASSIGNMENT FILED ON 07/11/2007
ATHENA  LANE , ASSISTANT CLERK
FILED BY THIRD PARTY BAIL HOLDER TO ASSIGN TO COUNSEL.
Date Bailed: 06/11/2007
THIRD PARTY. SEE CONDITIONS.

07/17/2007 Charge(s): 1,2,3
        HEARING - MOTION TO SUPPRESS SCHEDULED FOR 09/13/2007 @ 11:00 in Room No.  7
        ANDREW M HORTON , JUDGE
        X 3
07/17/2007 Charge(s): 1,2,3
        HEARING - MOTION TO SUPPRESS NOTICE SENT ON 07/17/2007


08/01/2007 HEARING - MOTION EXPERT WITNESS REPORT SCHEDULED FOR 09/13/2007 @ 11:00 in Room No.  7
        ANDREW M HORTON , JUDGE
08/01/2007 HEARING - MOTION EXPERT WITNESS REPORT NOTICE SENT ON 08/01/2007


09/26/2007 HEARING - MOTION EXPERT WITNESS REPORT CONTINUED ON 09/13/2007


09/26/2007 HEARING - MOTION TO CONTINUE SCHEDULED FOR 09/27/2007 @ 10:00 in Room No.  7
        ANDREW M HORTON , JUDGE
        NOTICE  TO PARTIES/COUNSEL
10/02/2007 HEARING - MOTION TO CONTINUE CONTINUED ON 09/27/2007


10/02/2007 Charge(s): 1,2,3
        HEARING - MOTION TO SUPPRESS CONTINUED ON 09/27/2007


10/02/2007 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 10/25/2007 @ 1:00 in Room No.  7

        NOTICE  TO PARTIES/COUNSEL
10/02/2007 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 10/02/2007


        JOANN HEBERT
10/09/2007 Charge(s): 1,2,3
        MOTION - MOTION FOR DISCOVERY FILED BY DEFENDANT ON 10/03/2007

        MOTION FOR ADDITIONAL DISCOVERY. TSK
10/26/2007 HEARING - MOTION TO SUPPRESS HELD ON 10/25/2007
        WILLIAM  BRODRICK , JUSTICE
        Attorney: PETER CYR
        DA: TRACY BARDWELL        Reporter: PENNY PHILBRICK-CARVER
        Defendant Present in Court

        STATE'S WITNESSES:1) RICHARD BREWER. DEFENDANT'S WITNSSES: 1) JAMES HOUGHTON.
10/26/2007 MOTION - MOTION TO SUPPRESS UNDER ADVISEMENT ON 10/25/2007
        WILLIAM  BRODRICK , JUSTICE
10/26/2007 MOTION - MOTION TO SUPPRESS UNDER ADVISEMENT ON 10/25/2007


10/26/2007 MOTION - MOTION TO SUPPRESS STATEMENT UNDER ADVISEMENT ON 10/25/2007
        WILLIAM  BRODRICK , JUSTICE
10/26/2007 Charge(s): 1,2,3
        TRIAL - JURY TRIAL SCHEDULED FOR 12/10/2007 @ 8:30 in Room No.  11

        NOTICE TO PARTIES/COUNSEL
10/26/2007 Charge(s): 1,2,3
        TRIAL - JURY TRIAL NOTICE SENT ON 10/26/2007

        JOANN HEBERT
11/30/2007 MOTION - MOTION TO SUPPRESS STATEMENT DENIED ON 11/19/2007

WILLIAM  BRODRICK , JUSTICE
COPY TO PARTIES/COUNSEL                                    TSK
11/30/2007 MOTION -  MOTION TO SUPPRESS DENIED ON 11/19/2007
WILLIAM  BRODRICK , JUSTICE
COPY TO PARTIES/COUNSEL                                    TSK
11/30/2007 MOTION -  MOTION TO SUPPRESS DENIED ON 11/19/2007
WILLIAM  BRODRICK , JUSTICE
COPY TO PARTIES/COUNSEL                                    TSK

## Exhibits

10/25/2007  DEFENDANT, Exhibit#1-S, SM. PAPER DIAGRAM OF ROADS, Adm w/o obj on 10/25/2007.
10/25/2007  DEFENDANT, Exhibit#2-S, PHOTO OF  TRUCK/LICENSE PLATE, Adm w/o obj on 10/25/2007.
10/25/2007  DEFENDANT, Exhibit#3-S, PHOTO OF ROAD/VEHICLE, Adm over obj on 10/25/2007.
10/25/2007  DEFENDANT, Exhibit#4-S, PHOTO OF LICENSE PLATE, Adm over obj on 10/25/2007.
10/25/2007  DEFENDANT, Exhibit#5-S, PHOTO OF LICENSE PLATE, Adm over obj on 10/25/2007.
10/25/2007  DEFENDANT, Exhibit#6-S, PHOTO OF LICENSE PLATE, Adm over obj on 10/25/2007.
10/25/2007  DEFENDANT, Exhibit#7-S, PHOTO OF LICENSE PLATE, Adm over obj on 10/25/2007.

A TRUE COPY
ATTEST: _Jolly A Bouget_
                  Clerk        TBK

A True Copy
Attest: _Jolly A Bouget_
           Clerk of Cour